AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| United States of America<br>v.<br>JESSE E. MASCUS | ) <br> ) Case No: 1:07-CR-148-005 <br> ) USM No: 04645-061 <br> ) |
| Date of Original Judgment: 04/15/2009 <br> Date of Previous Amended Judgment: _____ <br> *(Use Date of Last Amended Judgment if Any)* | ) <br> ) <br> Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
    ☑ **DENIED.**    ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 07/28/2015        *Judge's signature*

Effective Date: _____        Sandra S. Beckwith Senior Judge
*(if different from order date)*        *Printed name and title*